UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY 1 8 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) N **4:16CR00207 CDP/NCC** |
| | ) |
| JERVON MARTIN, | ) |
| | ) |
| Defendant. | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about December 27, 2015, in the County of St. Louis, within the Eastern District of Missouri,

**JERVON MARTIN,**

the Defendant herein, did knowingly and intentionally possess a firearm, which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession, knowing and having reasonable cause to believe that the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

## COUNT TWO

The Grand Jury further charges that:

On or about December 27, 2015, in the County of St. Louis, within the Eastern District of Missouri,

**JERVON MARTIN,**

the Defendant herein, while under indictment for a crime punishable by imprisonment for a term exceeding one year, in Cause No. 15SL-CR02382, State of Missouri v. JERVON MARTIN, did knowingly receive a firearm which had previously traveled in interstate commerce.

In violation of Title 18, United States Code, Section 922(n).

## COUNT THREE

The Grand Jury further charges that:

On or about December 27, 2015, in the County of St. Louis, within the Eastern District of Missouri,

### JERVON MARTIN,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about December 27, 2015, in the County of St. Louis, within the Eastern District of Missouri,

### JERVON MARTIN,

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: possession with intent to distribute heroin, as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.


                                                        _____

                                                        FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____

JOHN T. BIRD, #37802MO
Assistant United States Attorney